UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Mark and Debra Jean Hammersmith, | ) | Case No. 13-17516 |
| | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: March 20, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION**

Name of Applicant:          Baldi Berg, Ltd. (formerly known as Baldi, Berg & Wallace, Ltd.)

Authorized to Provide
Professional Services to:    Joseph A. Baldi, Trustee

Date of Order Authorizing
Employment:                  September 26, 2013, effective as of July 3, 2013

Period for Which
Compensation is sought:      July 3, 2013 to Close of Case

Amount of Fees sought:       $3,691.00

Amount of Expense
Reimbursement sought:        $31.41

This is an:    Interim Application ___        Final Application __X__

If this is <u>not</u> the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|

**Not Applicable**

The aggregate amount of fees and expenses <u>paid</u> to the Applicant to date for services rendered and expenses incurred herein is: $ ___-0-___.

Dated: January 28, 2014            Baldi Berg, Ltd.


                                   By:    /s/Joseph A. Baldi
                                          Joseph A. Baldi

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Mark & Debra Jean Hammersmith, | ) | Case No. 13-17516 |
| | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |
| | ) | Hearing Date: March 20, 2014 |
| | ) | Hearing Time: 10:30 a.m. |

**Application for Allowance and Payment of Final Compensation
And Expense Reimbursement to Baldi Berg, Ltd., Attorneys for Trustee**

Baldi Berg, Ltd., formerly known as Baldi Berg & Wallace, Ltd. ("Baldi Berg"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Mark & Debra Jean Hammersmith, debtors ("Debtors"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order for the allowance and payment to Baldi Berg of $3,691.00 as final compensation for 14.20 hours of legal services rendered to the Trustee from July 3, 2013 through the close of this case and for reimbursement in the amount of $31.41 for actual and necessary expenses incurred in the performance of those services. In support thereof, Baldi Berg respectfully states as follows:

**Introduction**

1. Debtors commenced this case on April 25, 2013 by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's sole asset of value was a 1969 Chevy Camaro Z28 ("Car").

4. The bar date for filing claims in this case was October 2, 2013.

**Retention of Baldi Berg**

5. On September 26, 2013, the Court entered an ordered authorizing Trustee to employ

Joseph A. Baldi and the law firm of Baldi Berg, Ltd. as his counsel in this case, effective as of July 3, 2013. A copy of the order authorizing Trustee to retain Baldi Berg is attached hereto as Exhibit A. Baldi Berg has served as counsel for Trustee at all times since its retention.

6. The professional qualifications and experience of the Baldi Berg attorneys who have performed substantial legal services for the Trustee during the period covered by this Application are set forth in Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

> Joseph A. Baldi -- Partner
> Julia D. Loper -- Associate
> Ricki K. Podorovsky – Paralegal
> Jason M. Manola – Paralegal

### Prior Compensation and Expense Reimbursement Received

7. This is the first and final application ("Application") for allowance and payment of compensation and expense reimbursement that Baldi Berg will file in this case.

### Services Rendered by Baldi Berg

8. Itemized and detailed descriptions of the specific services rendered by Baldi Berg to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit C. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category. A listing of the attorneys and paralegals, their position with the firm, hourly rate(s), as adjusted from time to time, and the total hours expended by each professional is detailed below:

| PROFESSIONAL | TITLE | RATES | HOURS |
|---|---|---|---|
| Joseph A. Baldi | Principal | $450.00 | 1.90 |
| Elizabeth C. Berg | Partner | $325.00 | 0.20 |
| Julia D. Loper | Associate | $250.00 | 7.70 |
| Ricki K. Podorovsky | Paralegal | $195.00 | 3.80 |
| Jason M. Manola | Paralegal | $175.00 | 0.60 |
| **TOTALS** | | | **14.20** |

2

9.     For the Court's convenience, the services rendered by Baldi Berg during the period covered by this Application are summarized as follows:  Baldi Berg represented the Trustee in the liquidation of the Debtor's assets and the administration of this case.  Baldi Berg prepared and presented motions to employ Trustee's attorneys and Trustee's accountants.  Baldi Berg prepared and presented the Trustee's Motion to retain Midwest Car Exchange to sell the Car and for authority to pay the Debtors' exemption upon sale of the Car and to pay MCE's' allowed commission.  Baldi Berg prepared documentation as necessary to consummate Trustee's sale of the Car.  Upon sale of the Car, Baldi Berg prepared the Trustee's Report of Sale.  Baldi Berg advised the Trustee as to claims in the case.  Baldi Berg prepared this final fee application and the final fee application of Trustee's Accountants.

## Compensation Requested

10.    Baldi Berg has expended a total of 14.20 hours for the services described in paragraph nine above for which it requests compensation in the amount of $3,691.00.

11.    All of the services performed by Baldi Berg were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi Berg at the request and direction of the Trustee.  Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi Berg's services are compensable and the compensation requested herein is fair and reasonable.  There has been no duplication of services rendered to the Trustee by Baldi Berg for which compensation is requested.  In those instances where two or more attorneys (or an attorney and paralegal) participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

12.    The rates charged by the attorneys and paralegals of Baldi Berg in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters.  A list of each person who performed services for the Trustee and their hourly rate is contained in the billing

3

statements attached hereto as Exhibit C and is summarized in paragraph 8 above.

13. This Application includes time and a request for compensation for services related to the preparation of this Application. The total hours spent in the preparation of the Application is 3.00 hours of services for which compensation is requested in the amount of $712.50. This Application represents the first and final application for compensation that Baldi Berg will file in this case.

### Reimbursement of Expenses

14. In connection with the services rendered, Baldi Berg incurred actual and necessary expenses in the amount of $31.41. The expenses incurred by Baldi Berg were on account of postage for the original title documents necessary to effectuate the sale of the Car and for the notice to creditors of the Trustee's proposed sale. An itemized list of the expenses incurred is included within the billing statements attached hereto as Exhibit C.

### Payment of Compensation and Expense Reimbursement

15. Baldi Berg has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation expense reimbursement received or to be received by Baldi Berg for services rendered to the Trustee or expenses incurred in connection with this case

16. Baldi Berg has not previously received or been promised any payments for services rendered or expenses incurred in this case.

17. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit D and made a part hereof.

18. The proposed source for payment of the compensation and expense reimbursement requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

19. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate.

20. Trustee has completed and filed his Final Report simultaneously herewith. Final Fee Applications for the Trustee and the Trustee's Accountants have also been filed concurrently with this Application.

### Financial Condition of the Case

21. Trustee currently has approximately $21,000.00 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees and expenses allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Baldi Berg, Ltd. in connection with this final fee application, 3) the fees allowed to Trustee's Accountants in connection with its final fee application and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

22. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be funds available to make a final distribution totaling approximately 7% of timely filed general unsecured creditors in this case.

### Trustee's Approval

23. Baldi Berg certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi Berg, Ltd., attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi Berg, Ltd. final compensation in the amount of $3,691.00 for actual and necessary professional services rendered to the Trustee from July 3, 2013 through the closing

of this case;

      B.      Allowing to Baldi Berg, Ltd. reimbursement of actual expenses incurred in the amount of $31.41;

      C.      Authorizing Trustee to pay the amounts awarded to Baldi Berg, Ltd. from the funds on hand in the Estate as part of the Trustee's final distribution; and

      D.      For such other and further relief as this Court deems appropriate.

Dated: January 28, 2014                    Baldi Berg, Ltd.

                                          Attorneys for Joseph A. Baldi, as trustee of the estate
                                          of Mark & Debra Hammersmith, Debtors

                                          By:    /s/Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago, IL  60602
312.726.8150

6

**Baldi Berg, Ltd.**                                           **Mark & Debra Jean Hammersmith, Debtors**
**Final Fee Application**                                                          **Case No. 13-17516**

**Retention Order**

**Exhibit A**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 13-17516

Mark & Debra Jean Hammersmith, )

)  Chapter: 7

)  Honorable Carol A. Doyle

Debtor(s) )

**Order Authorizing Trustee to Employ Attorneys**

     THIS CAUSE comes before this Court on the Trustee's Application to Employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. as attorneys for Trustee and the supporting affidavit of Joseph A. Baldi and the Court being fully advised in the premises:

  IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Mark & Debra Jean Hammersmith, debtors, is authorized to employ Joseph A. Baldi and the law firm of Baldi Berg & Wallace, Ltd. to act as counsel for the Trustee, effective from July 3, 2013, with compensation to be paid in such amounts as may be allowed by this Court upon proper application.

Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: September 26, 2013

**Prepared by:**

Joseph A. Baldi
Baldi Berg & Wallace, Ltd.
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

**Baldi Berg, Ltd.**  **Mark & Debra Jean Hammersmith, Debtors**
**Final Fee Application**  **Case No. 13-17516**

**Professional Qualifications**

**Exhibit B**

**Baldi Berg , Ltd.**

**Joseph A. Baldi**

Joseph Baldi is the founding member of the Chicago bankruptcy boutique firm of Baldi Berg & Wallace, Ltd. (formerly Joseph A. Baldi & Associates, P.C.).  Prior to establishing the firm in 2000, Mr. Baldi was a partner in the Chicago law firms of Schwartz & Freeman and Rosenthal and Schanfield, P.C., where he served as chairman of bankruptcy and reorganization practice group.  In addition to his experience in private practice, Mr. Baldi spent five years as a staff attorney with the Office of the United States Trustee, a component of the United States Department of Justice.

Mr. Baldi has specialized in insolvency law for over 25 years and has extensive experience in a variety of settings, including bankruptcies, workouts, receiverships and assignments for the benefit of creditors.  He has represented clients in all sectors of the bankruptcy arena, including debtors, bankruptcy trustees, lenders, claimholders and creditor committees.  Mr. Baldi has counseled both individual and corporate debtors in chapter 7, 11, and 13 cases and has significant experience with complex commercial bankruptcies.

In addition to his experience acting as bankruptcy counsel, Mr. Baldi is a long time member of the panel of private bankruptcy trustees appointed by the United States Trustee's Office for the Northern District of Illinois.  In over twenty years as a chapter 7 trustee, Mr. Baldi has liquidated a broad range of business entities, including law firms, real estate ventures, distributorships, retail firms and financial service providers.  He has also operated numerous businesses as a chapter 11 trustee, including an aluminum manufacturing facility, a steel mini-mill, and an industrial real estate partnership.

Mr. Baldi is licensed to practice law in the state of Illinois and admitted to practice before the Seventh Circuit Court of Appeals and many federal bankruptcy courts in the Midwest.  He is a member of the Chicago Bar Association, National Association of Bankruptcy Trustees and American Bankruptcy Institute, where he is a frequent lecturer on a variety of bankruptcy topics.

In addition to his legal pursuits, Mr. Baldi is active in municipal affairs in his hometown of Park Ridge, Illinois and currently serves as a commissioner on the city's Planning and Zoning Commission.  Mr. Baldi graduated *cum laude* from the DePaul University College of Law and holds a B.A. in Psychology from

Western Illinois University.

## Julia D. Loper

Julia D. Loper is an associate with the firm and represents bankruptcy trustees and debtors in chapter 7, chapter 11, and chapter 13 bankruptcies. Ms. Loper has worked with Baldi Berg and Wallace, Ltd. since 2009. Ms. Loper also has general civil litigation experience. Ms. Loper is admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois. She is a member of the Chicago Bar Association. Ms. Loper received her Juris Doctor from Michigan State College of Law and received her Bachelor of Arts degree from University of Utah in Psychology and Gender Studies.

## Ricki K. Podorovsky

Ricki K. Podorovsky is a paralegal with the firm. Ms. Podorovsky has worked with Baldi Berg & Wallace, Ltd. since 2001. Ms. Podorovsky has worked with Chapter 7 Trustees for approximately 20 years. Ms. Podorovsky received her Paralegal Certificate with honors from Roosevelt University in Chicago, Illinois. Ms. Podorovsky received her Bachelor of Arts degree from University of Iowa in Philosophy.

## Jason M. Manola

Jason M. Manola is a legal assistant with the firm. Mr. Manola has worked with Baldi Berg & Wallace, Ltd. since 2011. He is a member of the Chicago Bar Association and the DuPage County Bar Association. Mr. Manola is currently pursuing his Paralegal Certificate at the College of DuPage in Glen Ellyn, Illinois. Mr. Manola received his Bachelor of Arts degree from the University of Iowa in Sports Management and Entrepreneurship.

**Baldi Berg, Ltd.**  **Mark & Debra Jean Hammersmith, Debtors**
**Final Fee Application**  **Case No. 13-17516**

**Billing Statements**

**Exhibit C**

**Baldi Berg, Ltd.**
**20 N. Clark Street**
**Suite 200**
**Chicago, IL 60602**

**Phone:** (312) 726-8150
**Fax:**   (312) 470-6323

**FEIN:** 36-4352753

**Invoice submitted to:**

January 28, 2014
Invoice No:    02388

Joseph A. Baldi, Trustee
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL 60602

**In Reference to:**    *Hammersmith - General Administration*

### Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 7/03/2013 | ECB | Obtain referrals of potential auctioneers for classic cars and discuss same with Trustee | 0.20 $325.00/ hr | $65.00 |
| 7/03/2013 | JAB | Teleconference with Volo Auto Museum re sale of vehicle, terms of sale (.5).  Discuss sales options, discussed name of original seller of vehicle as alternative.  Telephone call to Midwest Car Exchange re value of car, costs to sell (.5). | 1.00 $450.00/ hr | $450.00 |
| 8/07/2013 | JMM | Review case file (.1); and meet with J. Baldi re: documentation received (.1) | 0.20 $175.00/ hr | $35.00 |
| 8/14/2013 | JDL | Draft motion to employ broker, sell automobile, pay broker (1.4) telephone call to Midwest re: affidavit signer (.2) | 1.60 $250.00/ hr | $400.00 |
| 8/15/2013 | JDL | Continued preparation of Motion to employ broker, sell Camaro and pay commission | 1.20 $250.00/ hr | $300.00 |
| 8/21/2013 | JDL | Finalize motion to employ broker, sell automobile and pay broker commission. (.8) Conference w/ JAB re: same (.1) | 0.90 $250.00/ hr | $225.00 |

**Baldi Berg, Ltd**

1/28/2014

Hammersmith - General Administration

Page 2

---

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/21/2013 | JMM | Served Hammersmith Notice of Authorizing Sale on 26 Creditors (.4) | 0.40 $175.00/ hr | $70.00 |
| 8/22/2013 | JDL | Prepare affidavit, exhibits and proposed order for Midwest Car Exchange for motion to sell automobile (.8) Email to Mark L. w/ instructions re: same (.2) | 1.00 $250.00/ hr | $250.00 |
| 9/11/2013 | JDL | Appear in court on motion to sell car, employ broker, pay broker. | 0.50 $250.00/ hr | $125.00 |
| 9/13/2013 | JDL | Draft application to employ attorneys (BBW) (.7) Draft application to employ accountants (.6) Email to L. West w/ motion and affidavit (.1) | 1.40 $250.00/ hr | $350.00 |
| 9/26/2013 | JDL | Email to Midwest Auto w/ order approving sale, request update. | 0.20 $250.00/ hr | $50.00 |
| 10/11/2013 | JDL | Draft Report of Sale (Camaro). | 0.90 $250.00/ hr | $225.00 |
| 1/25/2014 | RKP | Edit time detail in preparation of exhibit to fee application (.4); review case file for information needed to prepare final fee application (.2); draft BB final fee application (1.5); proposed order (.1); affidavit (.1); compile exhibits in support of fee application (.2); review and edit final fee application (.3) | 2.80 $195.00/ hr | $546.00 |
| 1/26/2014 | RKP | Prepare Popowcer fee application (.8); draft proposed order (.1) and coversheet (.1) | 1.00 $195.00/ hr | $195.00 |
| 1/27/2014 | JAB | Review and edit BB final fee application | 0.40 $450.00/ hr | $180.00 |
| 1/28/2014 | JAB | Review and revise final fee applications. Confer with RKP re same. | 0.50 $450.00/ hr | $225.00 |

Total Fees  $3,691.00

**Baldi Berg, Ltd**

1/28/2014

Hammersmith - General Administration

Page   3

## *Expenses*

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 8/08/2013 | Notice of Trustee's proposed sale and retention of auctioneer (23 copies @ $.46 per) | 26.00 @ /each | $11.96 |
| 10/11/2013 | Send Title to Midwest Car Exchange via FedEx Standard Overnight | 1.00 @ /each | $19.45 |

|  |  |
|---|---|
| Total Expenses | $31.41 |
| Total New Charges | $3,722.41 |
| Previous Balance | $0.00 |
| Balance Due | $3,722.41 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Elizabeth C Berg | 0.20 | $325.00 |
| Joseph A Baldi | 1.90 | $450.00 |
| Julia D Loper | 7.70 | $250.00 |
| Jason M Manola | 0.60 | $175.00 |
| Ricki K Podorovsky | 3.80 | $195.00 |

**Baldi Berg, Ltd.**　　　　　　　　　　　　　　　**Mark & Debra Jean Hammersmith, Debtors**
**Final Fee Application**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 13-17516**

**Rule 2016 Affidavit**

**Exhibit D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Mark & Debra Jean Hammersmith, | ) | Case No. 13-17516 |
| | ) | |
| Debtors. | ) | Hon. Carol A. Doyle |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook    )

    I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

    1.    I am the principal of Baldi Berg, Ltd. (formerly known as Baldi Berg & Wallace, Ltd.) and am authorized to execute this affidavit on behalf of Baldi Berg, Ltd.

    2.    I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Baldi Berg, Ltd., Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Baldi Berg, Ltd. has performed the services and incurred the expenses set forth and described in the Application at the request and pursuant to the direction of the Trustee.

    3.    A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

    4.    Baldi Berg, Ltd. has not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case. Baldi Berg, Ltd. has not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement received or to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi Berg, Ltd.

    5.    Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this 28 day of January, 2014

_____
Notary Public

OFFICIAL SEAL
JASON M MANOLA
Notary Public - State of Illinois
My Commission Expires Nov 1, 2015

**Exhibit D**