# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAMMERSMITH, MARK | § | Case No. 13-17516 |
| HAMMERSMITH, DEBRA JEAN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Kenneth S. Gardner
> Clerk of the U.S. Bankruptcy Court
> 219 S. Dearborn, 7th Floor
> Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

> 10:30 a.m., on Thursday, March 20, 2014
> in Courtroom 742, U.S. Courthouse
> 219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner _____
                                                        Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAMMERSMITH, MARK | § | Case No. 13-17516 |
| HAMMERSMITH, DEBRA JEAN | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 9,060.30 |
| leaving a balance on hand of[1] | $ | 20,939.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 3,051.36 | $ 0.00 | $ 3,051.36 |
| Trustee Expenses: Joseph A. Baldi | $ 16.78 | $ 0.00 | $ 16.78 |
| Attorney for Trustee Fees: Baldi Berg | $ 3,691.00 | $ 0.00 | $ 3,691.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 980.00 | $ 0.00 | $ 980.00 |
| Other: International Sureties | $ 16.79 | $ 16.79 | $ 0.00 |
| Other: Baldi Berg | $ 31.41 | $ 0.00 | $ 31.41 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 7,770.55 |
| Remaining Balance | $ | 13,169.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 183,745.09  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 15,713.62 | $ 0.00 | $ 1,126.21 |
| 000002 | Capital One Bank (USA), N.A. | $ 29,276.35 | $ 0.00 | $ 2,098.26 |
| 000003 | Capital One Bank USA, N.A. | $ 11,362.89 | $ 0.00 | $ 814.39 |
| 000004 | Capital One Bank (USA), N.A. | $ 4,523.23 | $ 0.00 | $ 324.18 |
| 000005 | American Express Bank, FSB | $ 10,676.53 | $ 0.00 | $ 765.20 |
| 000006 | American Express Bank, FSB | $ 16,282.57 | $ 0.00 | $ 1,166.98 |
| 000007 | American Express Bank, FSB | $ 11,045.84 | $ 0.00 | $ 791.66 |
| 000008 | American Express Centurion Bank | $ 2,672.25 | $ 0.00 | $ 191.52 |
| 000009 | CERASTES, LLC | $ 6,517.84 | $ 0.00 | $ 467.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Pelican Offspring Holdings, LP | $        75,673.97 | $          0.00 | $        5,423.61 |

Total to be paid to timely general unsecured creditors           $                13,169.15

Remaining Balance                                               $                       0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-17516-CAD
Mark Hammersmith                                                          Chapter 7
Debra Jean Hammersmith
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt          Page 1 of 2          Date Rcvd: Feb 18, 2014
                             Form ID: pdf006         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2014.
```
db/jdb      +Mark Hammersmith,    Debra Jean Hammersmith,    809 West Fairview,
             Arlington Heights, IL 60005-2353
20396029    +Aes/Nct,    1200 N 7th St,    Harrisburg, PA 17102-1419
20396030    +Alexian Brothers Hopstial,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
20396032    +Alexian Brothers Hospital,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
20906016     American Express Bank, FSB,    Attorneys/Agent for Creditor,    c/o Becket and Lee LLP,   POB 3001,
             Malvern, PA 19355-0701
20906017     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20396033     American Express Blue,    PO Box 0001,    Los Angeles, CA 90096-8000
20930313     American Express Centurion Bank,    c/o Becket and Lee LLP,    Attorneys/Agent for Creditor,
             POB 3001,    Malvern, PA 19355-0701
20396034     American Express Delta,    PO Box 0001,    CA 90096-8000
20396035     American Express Optima,    PO Box 0001,    Los Angeles, CA 90096-8000
20396036    +American Express Silver,    Box 0001,    Los Angeles, CA 90078-0001
20396037     Bank of America,    PO Box 15796,    Wilmington, DE 19886-5796
20396038    +Barclays Bank Delaware LLBean,    125 S West St,    Wilmington, DE 19801-5014
20396039   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20750062     Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    P.O. Box 71083,
             Charlotte, NC 28272-1083
20396041     Capital One Sony Visa Card,    PO Box 71087,    Charlotte, NC 28272-1087
20396042     Card Services,    POBox 13337,    Philadelphia, PA 19101-3337
20396044     Chase Auto Finance,    PO Box 9001801 Louisville,    Louisville, KY 40290-1801
20396045    +Chase Auto Finance,    1820 East Sky Harbor Circle S,,    Suite 150,    Phoenix, AZ 85034-4810
20396046    +Cooper, Storm, Piscopo,    117 South Second Street,    Geneva, IL 60134-2711
20396048    +Donna L. Vittorini,    716 South Noah Terrance,    Mount Prospect, IL 60056-3558
20396049    +Joseph Dipino Beverly and Pause,    30 North LaSalle Street,    Suite 1530,
             Chicago, IL 60602-3380
20396050    +Nicole Hammersmith,    809 W. Fairview,    Arlington Heights, IL 60005-2353
20396051     Nicole Hammersmith,    809 W. Fairview St.,    Arlington Heights, IL 60005-2353
20396054     PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
20396053     PNC Bank,    27301 Liberty Ave.,    Pittsburgh, PA 15222-4748
20396052    +Pelican Offspring Holdings, LP,    11527 Royalshire Drive,    Dallas, TX 75230-2913
20396055    +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21034913    +E-mail/Text: bncmail@w-legal.com Feb 19 2014 02:45:05    CERASTES, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
20699744     E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2014 02:57:10    Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
20396047    +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 19 2014 02:57:10    Discover Fin Svcs Llc,
             Po Box 15316,    Wilmington, DE 19850-5316
                                                                                     TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20396043     Chase,    PO Box 15153,    DE 19866-5153
20396031*   +Alexian Brothers Hopstial,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
20906018*    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20396040*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
20750072*    Capital One Bank USA, N.A.,    by American InfoSource LP as agent,    P.O. Box 71083,
             Charlotte, NC 28272-1083
                                                                           TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2014                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: dpruitt          Page 2 of 2          Date Rcvd: Feb 18, 2014
                             Form ID: pdf006         Total Noticed: 31

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2014 at the address(es) listed below:
        Joel  Stephen    on behalf of Joint Debtor Debra Jean Hammersmith joelstephen@sbcglobal.net
        Joel  Stephen    on behalf of Debtor Mark  Hammersmith joelstephen@sbcglobal.net
        Joseph A Baldi   on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
        jmanola@baldiberg.com
        Joseph A Baldi, Tr   jabaldi@baldiberg.com,  jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                           TOTAL: 6