UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| HAMMERSMITH, MARK | § | Case No. 13-17516 |
| HAMMERSMITH, DEBRA JEAN | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mark Hammersmith |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Auto Finance PO Box 9001801 Louisville Louisville, KY 40290-1801 |  |  |  |  |  |
|  | Hertz Income Savings Plan(401K Loan |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank 27301 Liberty Ave. Pittsburgh, PA 15222-4748 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| Associated Bank | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG | | | | | |
| BALDI BERG | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| MIDWEST CAR EXCHANGE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/Nct 1200 N 7th St Harrisburg, PA 17102 | | | | | |
| | Alexian Brothers Hopstial 800 Biesterfield Road Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexian Brothers Hopstial 800 Biesterfield Road Elk Grove Village, IL 60007 | | | | | |
| | Alexian Brothers Hospital 800 Biesterfield Road Elk Grove Village, IL 60007 | | | | | |
| | Bank of America PO Box 15796 Wilmington, DE 19886-5796 | | | | | |
| | Chase PO Box 15153 DE 19866-5153 | | | | | |
| | Cooper, Storm, Piscopo 117 South Second Street Geneva, IL 60134 | | | | | |
| | Donna L. Vittorini 716 South Noah Terrance Mount Prospect, IL 60056 | | | | | |
| | Joseph Dipino Beverly and Pause 30 North LaSalle Street Suite 1530 Chicago, IL 60602 | | | | | |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000007 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000008 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITAL ONE BANK USA, N.A. | | | | | |
| 000009 | CERASTES, LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000010 | PELICAN OFFSPRING HOLDINGS, LP | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-17516 | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | HAMMERSMITH, MARK | | Date Filed (f) or Converted (c): | 04/25/13 (f) |
| | HAMMERSMITH, DEBRA JEAN | | 341(a) Meeting Date: | 06/28/13 |
| For Period Ending: | 05/05/14 | | Claims Bar Date: | 10/02/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BMO Harris Checking Account | 170.62 | 0.00 | | 0.00 | FA |
| 2. BMO Harris Checking | 20.98 | 0.00 | | 0.00 | FA |
| 3. Leanne Kolman Security deposit | 2,650.00 | 0.00 | | 0.00 | FA |
| 4. 2 Bedroom sets, Dining Room table, 2 couches, misc | 50.00 | 0.00 | | 0.00 | FA |
| 5. Hertz Life Insurance 6 times base pay upon death. | 0.00 | 0.00 | | 0.00 | FA |
| 6. Allstate Life Insurance Company payable upon death | 0.00 | 0.00 | | 0.00 | FA |
| 7. Hertz Defined Benefit Pension Plan will receive a | 81,762.59 | 0.00 | | 0.00 | FA |
| 8. Hertz 401 K through employer | 109,563.84 | 0.00 | | 0.00 | FA |
| 9. Fidelity Roanoke Group Inc. Retirement Savings Pla | 403.57 | 0.00 | | 0.00 | FA |
| 10. 2012 Chevrolet Captiva | 16,177.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Hyundai Santa Fe | 33,000.00 | 0.00 | | 0.00 | FA |
| 12. 1969 Chevrolet Camero. Excellent condition. 14,000 | 90,000.00 | 39,900.00 | | 30,000.00 | FA |
| 13. Star -Dog 11 yrs old | 0.00 | 0.00 | | 0.00 | FA |
| 14. Gino- dog 9 1/2 years old | 0.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $333,798.60 | $39,900.00 | | $30,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor owned 1969 Chevy Camaro Z28. Placed with dealer on consignment to sel per order 9/11/13. Car sold 10/9/13.

Trustee reviewed claims and prepared TFR

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05d

Case 13-17516  Doc 41  Filed 06/06/14  Entered 06/06/14 15:09:35  Desc Main
Document  Page 9 of 14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-17516    Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi |
| Case Name: | HAMMERSMITH, MARK | Date Filed (f) or Converted (c): | 04/25/13 (f) |
| | HAMMERSMITH, DEBRA JEAN | 341(a) Meeting Date: | 06/28/13 |
| | | Claims Bar Date: | 10/02/13 |

Initial Projected Date of Final Report (TFR): 02/01/14    Current Projected Date of Final Report (TFR): 02/01/14

FORM 2     Page: 1     Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-17516 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | HAMMERSMITH, MARK | Bank Name: | Associated Bank |
|  | HAMMERSMITH, DEBRA JEAN | Account Number / CD #: | *******6834 Checking Account |
| Taxpayer ID No: | *******5824 |  |  |
| For Period Ending: | 05/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/20/13 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 20,968.55 |  | 20,968.55 |
| 01/08/14 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 12.06 | 20,956.49 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 |  | 16.79 | 20,939.70 |
|  |  | 701 Poydras Street #420 | Annual premium payment |  |  |  |  |
|  |  | New Orleans, LA 70139 |  |  |  |  |  |
| 03/20/14 | 003002 | JOSEPH A. BALDI, Trustee | Trustee Compensation | 2100-000 |  | 3,051.36 | 17,888.34 |
|  |  | 20 N Clark Street, Ste. 200 |  |  |  |  |  |
|  |  | Chicago, Illinois 60602 |  |  |  |  |  |
| 03/20/14 | 003003 | JOSEPH A. BALDI, Trustee | Trustee Expenses | 2200-000 |  | 16.78 | 17,871.56 |
|  |  | 20 N Clark Street, Ste. 200 |  |  |  |  |  |
|  |  | Chicago, Illinois 60602 |  |  |  |  |  |
| 03/20/14 | 003004 | Baldi Berg | Attorney for Trustee Fees (Trustee | 3110-000 |  | 3,691.00 | 14,180.56 |
| 03/20/14 | 003005 | Baldi Berg | Attorney for Trustee Expenses (Trus | 3120-000 |  | 31.41 | 14,149.15 |
| 03/20/14 | 003006 | Popowcer Katten, Ltd | Accountant for Trustee Fees (Other | 3410-000 |  | 980.00 | 13,169.15 |
|  |  | 35 E. Wacker Drive |  |  |  |  |  |
|  |  | Suite 1550 |  |  |  |  |  |
|  |  | Chicago, Il 60601-2207 |  |  |  |  |  |
| 03/20/14 | 003007 | Discover Bank | Claim 000001, Payment 7.16709% | 7100-000 |  | 1,126.21 | 12,042.94 |
|  |  | DB Servicing Corporation |  |  |  |  |  |
|  |  | PO Box 3025 |  |  |  |  |  |
|  |  | New Albany, OH 43054-3025 |  |  |  |  |  |
| 03/20/14 | 003008 | Capital One Bank (USA), N.A. | Claim 000002, Payment 7.16708% | 7100-000 |  | 2,098.26 | 9,944.68 |
|  |  | by American InfoSource LP as agent | (2-1) Modified on 7/22/13 to |  |  |  |  |
|  |  | P.O. Box 71083 | correct creditor's name. (AD) |  |  |  |  |
|  |  | Charlotte, NC 28272-1083 |  |  |  |  |  |
| 03/20/14 | 003009 | Capital One Bank USA, N.A. | Claim 000003, Payment 7.16710% | 7100-000 |  | 814.39 | 9,130.29 |
|  |  | by American InfoSource LP as agent | (3-1) Modified on 7/22/13 to |  |  |  |  |
|  |  | P.O. Box 71083 | correct creditor's name. (AD) |  |  |  |  |
|  |  | Charlotte, NC 28272-1083 |  |  |  |  |  |
| 03/20/14 | 003010 | Capital One Bank (USA), N.A. | Claim 000004, Payment 7.16700% | 7100-000 |  | 324.18 | 8,806.11 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-17516 -CAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | HAMMERSMITH, MARK | | Bank Name: | Associated Bank |
| | HAMMERSMITH, DEBRA JEAN | | Account Number / CD #: | *******6834 Checking Account |
| Taxpayer ID No: | *******5824 | | | |
| For Period Ending: | 05/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/14 | 003011 | by American InfoSource LP as agent<br>P.O. Box 71083<br>Charlotte, NC 28272-1083<br>American Express Bank, FSB<br>Attorneys/Agent for Creditor<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 7.16712%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 765.20 | 8,040.91 |
| 03/20/14 | 003012 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000006, Payment 7.16705%<br>(6-1) CREDIT CARD DEBT | 7100-000 | | 1,166.98 | 6,873.93 |
| 03/20/14 | 003013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 7.16704%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 791.66 | 6,082.27 |
| 03/20/14 | 003014 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000008, Payment 7.16699%<br>(8-1) CREDIT CARD DEBT | 7100-000 | | 191.52 | 5,890.75 |
| 03/20/14 | 003015 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000009, Payment 7.16710% | 7100-000 | | 467.14 | 5,423.61 |
| 03/20/14 | 003016 | Pelican Offspring Holdings, LP<br>11527 Royalshire Drive<br>Dallas, TX 75230 | Claim 000010, Payment 7.16707% | 7100-000 | | 5,423.61 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.05d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-17516 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | HAMMERSMITH, MARK | Bank Name: | Associated Bank |
| | HAMMERSMITH, DEBRA JEAN | Account Number / CD #: | *******6834  Checking Account |
| Taxpayer ID No: | *******5824 | | |
| For Period Ending: | 05/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6834  
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 16 Checks  20,956.49 |
| 0 | Interest Postings | 0.00 | 1 Adjustments Out  12.06 |
| | Subtotal | $ 0.00 | 0 Transfers Out  0.00 |
| 0 | Adjustments In | 0.00 | Total  $ 20,968.55 |
| 1 | Transfers In | 20,968.55 | |
| | Total | $ 20,968.55 | |

Memo Allocation Receipts:           0.00
Memo Allocation Disbursements:      0.00

Memo Allocation Net:                0.00

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-17516 -CAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | HAMMERSMITH, MARK | | Bank Name: | Congressional Bank |
| | HAMMERSMITH, DEBRA JEAN | | Account Number / CD #: | *******0077 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5824 | | | |
| For Period Ending: | 05/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/11/13 | 12 | Midwest Car Exchange, Inc. | SALE OF PERSONAL PROPERTY | | 28,000.00 | | 28,000.00 |
| | | 12533 S. Laramie Avenue | | | | | |
| | | Alsip, Il 60803 | | | | | |
| | | MIDWEST CAR EXCHANGE | Memo Amount:    30,000.00 | 1129-000 | | | |
| | | | Gross Sale Proceeds | | | | |
| | | MIDWEST CAR EXCHANGE | Memo Amount:  (  2,000.00 ) | 3610-000 | | | |
| | | | Commission per order 9/11/13 | | | | |
| 11/05/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee | 2600-000 | | 16.30 | 27,983.70 |
| | | 6500 Rock Spring Drive, Suite 300 | | | | | |
| | | Bethesda, MD 20817 | | | | | |
| 11/15/13 | 001001 | Mark Hammersmith | DEBTOR'S EXEMPTION | 8100-000 | | 6,986.40 | 20,997.30 |
| | | c/o Joel Stephen | Debtor's Exemption in 1969 Chevrolet Camaro | | | | |
| | | Beverly and Pause | | | | | |
| | | 30 N. La Salle Street, Suite 1740 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 28.75 | 20,968.55 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 20,968.55 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | Account *******0077 | Balance Forward | 0.00 | |
| | | | 1   Deposits | 28,000.00 | 1   Checks   6,986.40 |
| | | | 0   Interest Postings | 0.00 | 2   Adjustments Out   45.05 |
| Memo Allocation Receipts: | 30,000.00 | | | | 1   Transfers Out   20,968.55 |
| Memo Allocation Disbursements: | 2,000.00 | | Subtotal | $ 28,000.00 | |
| | | | | | Total   $ 28,000.00 |
| Memo Allocation Net: | 28,000.00 | | 0   Adjustments In | 0.00 | |
| | | | 0   Transfers In | 0.00 | |
| | | | Total | $ 28,000.00 | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.05d

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-17516 -CAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | HAMMERSMITH, MARK | Bank Name: | Congressional Bank |
|  | HAMMERSMITH, DEBRA JEAN | Account Number / CD #: | *******0077 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5824 |  |  |
| For Period Ending: | 05/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | Report Totals | Balance Forward | 0.00 |  |  |
|  |  | 1 | Deposits | 28,000.00 | 17 Checks | 27,942.89 |
| Total Allocation Receipts: | 30,000.00 | 0 | Interest Postings | 0.00 | 3 Adjustments Out | 57.11 |
| Total Allocation Disbursements: | 2,000.00 |  |  |  | 1 Transfers Out | 20,968.55 |
|  |  |  | Subtotal | $ 28,000.00 |  |  |
| Total Memo Allocation Net: | 28,000.00 |  |  |  | Total | $ 48,968.55 |
|  |  | 0 | Adjustments In | 0.00 |  |  |
|  |  | 1 | Transfers In | 20,968.55 |  |  |
|  |  |  | Total | $ 48,968.55 | Net Total Balance | $ 0.00 |

LFORM2T4
UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver: 17.05d